1  MICHELE BEAL BAGNERIS, City Attorney
    State Bar No. 115423
2  FRANK L. RHEMREV, Assistant City Attorney
    State Bar No. 120294
3  JAVAN N. RAD, Assistant City Attorney
    State Bar No. 209722
4  100 North Garfield Avenue, Suite N-210
   Pasadena, CA  91109-7215
5  (626) 744-4141

6  Attorneys for Defendant/Counterclaimant
   City of Pasadena

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ESTATE OF E.H., LATONYA SAMUELS, D.H. BY AND THROUGH HIS GUARDIAN AD LITEM, C.T. BY AND THROUGH HIS GUARDIAN AD LITEM LA TONYA SAMUELS,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE CITY OF PASADENA, RENATA HOWARD, SCOTT ALAN MURRAY, ANDREA RODGERS, B& B MANAGEMENT SERVICES, INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>   Defendants.<br>_____<br>CITY OF PASADENA,<br><br>   Counterclaimaint,<br><br>   v.<br><br>RENATA HOWARD, SCOTT ALAN MURRAY, ANDREA RODGERS, B&B MANAGEMENT SERVICES, INC., JOHN L. DVON REYNOLDS, AND ROES 1 - 10, INCLUSIVE,<br><br>   Counterdefendants.<br>_____ | Case No. CV08-06586 FMC (AGRx)<br><br>PROTECTIVE ORDER |

---

1

PROTECTIVE ORDER

Upon the stipulation of plaintiffs Estate of E.H., LaTonya Samuels, D.H. by and through is guardian ad litem LaTonya Samuels, and C.T. by and through his guardian ad litem LaTonya Samuels, and defendants City of Pasadena, Andrea Rodgers, and B&B Management Services, Inc., the provisions of the Stipulation and [Proposed] Protective Order, and good cause appearing,

IT IS ORDERED THAT a Protective Order be entered in the form and manner set forth in the Stipulation and [Proposed] Protective Order.

**IT IS SO ORDERED:**

Dated: August 11, 2009

*/s/ Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
United States Magistrate Judge

Presented by:

MICHELE BEAL BAGNERIS,
    City Attorney
FRANK L. RHEMREV,
    Assistant City Attorney
JAVAN N. RAD,
    Assistant City Attorney


By_____
    Javan N. Rad
    Assistant City Attorney

Attorneys for Defendant/Counterclaimant
CITY OF PASADENA