1  MICHELE BEAL BAGNERIS, City Attorney
   State Bar No. 115423
2  FRANK L. RHEMREV, Assistant City Attorney
   State Bar No. 120294
3  JAVAN N. RAD, Assistant City Attorney
   State Bar No. 209722
4  100 North Garfield Avenue, Suite N-210
   Pasadena, CA  91109-7215
5  (626) 744-4141

6  Attorneys for Defendant/Counterclaimant
   City of Pasadena

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF E.H., LATONYA SAMUELS, D.H. BY AND THROUGH HIS GUARDIAN AD LITEM, C.T. BY AND THROUGH HIS GUARDIAN AD LITEM LA TONYA SAMUELS,<br><br>    Plaintiffs,<br><br>         v.<br><br>THE CITY OF PASADENA, RENATA HOWARD, SCOTT ALAN MURRAY, ANDREA RODGERS, B& B MANAGEMENT SERVICES, INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants.<br>_____<br><br>CITY OF PASADENA,<br><br>    Counterclaimaint,<br><br>v.<br><br>RENATA HOWARD, SCOTT ALAN MURRAY, ANDREA RODGERS, B&B MANAGEMENT SERVICES, INC., JOHNL DVON REYNOLDS, AND ROES 1 - 10, INCLUSIVE,<br><br>    Counterdefendants.<br>_____ | Case No. CV08-06586 JHN (AGRx)<br><br>[PROPOSED] JUDGMENT<br>[Fed.R.Civ.P. 58(a)]<br><br>Hon. Jacqueline H. Nguyen |

1

1   The Court, having granted defendant City of Pasadena's Motion for
2   Summary Judgment, now renders final judgment ~~as to all claims against all parties~~.
3       IT IS ORDERED that judgment shall be entered against plaintiffs Estate of
4   E.H., LaTonya Samuels, D.H. by and through his Guardian Ad Litem LaTonya
5   Samuels, and C.T. by and through his Guardian Ad Litem LaTonya Samuels, and
6   in favor of defendant City of Pasadena with regard to claims for violations of Title
7   VI of the Civil Rights Act and 42 U.S.C. § 1983.
8       IT IS FURTHER ORDERED that the Court declines to exercise jurisdiction
9   over all remaining state law claims.
10  ~~IT IS FURTHER ORDERED that the Court awards defendant City of~~
11  ~~Pasadena its costs against plaintiff LaTonya Samuels in the amount of $4,373.20.~~

**IT IS SO ORDERED.**

Dated: June 24, 2010

_____
Hon. Jacqueline Hong-Ngoc Nguyen
United States District Judge

Presented by:

MICHELE BEAL BAGNERIS,
   City Attorney
FRANK L. RHEMREV,
   Assistant City Attorney
JAVAN N. RAD,
   Assistant City Attorney


By_____
   Javan N. Rad
   Assistant City Attorney

[PROPOSED] JUDGMENT [Fed.R.Civ.P. 58(a)]